UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SMITH & WESSON, | ) | |
|     Plaintiff | ) | Civil Action No. 04-30138-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, | ) | |
|     Defendant | ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the plaintiff, Smith & Wesson Corp., in the captioned matter.

   /s/ Jeffrey E. Poindexter
Jeffrey E. Poindexter
BBO No. 631922
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 781-2820
Fax: (413) 272-6803

Dated: September 28, 2004