UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & WESSON CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendant. | : <br> : <br> : <br> : Civil Action Case No. <br> : 04-30138-MAP <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance as attorney for the plaintiff, Smith & Wesson Corp., in the captioned case.

Dated:  September 24, 2004          /s/ Deborah D. Ferriter
                                                            Deborah D. Ferriter
                                                             BBO No. 568179
                                                            Bulkley, Richardson and Gelinas, LLP
                                                            1500 Main Street - Suite 2700
                                                            Springfield, MA 01115-5507
                                                            Tel:  (413) 781-2820
                                                            Fax:  (413) 272-6804