UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & WESSON, CORP.       ) | |
|     Plaintiff                                  ) | Civil Action No. 04-30138-MAP |
|                                                      ) | |
| v.                                                    ) | PLAINTIFF'S NOTICE OF |
|                                                      ) | VOLUNTARY DISMISSAL |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA,  ) | |
|     Defendant                              ) | |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiff, Smith & Wesson Corp., hereby voluntarily dismisses this action with prejudice.

                                              Respectfully submitted:
                                              The Plaintiff,
                                              SMITH & WESSON CORP.,
                                              By Its Attorney:


                                              /s/ Jeffrey E. Poindexter
                                              Jeffrey E. Poindexter - BBO #631922
                                              Bulkley, Richardson and Gelinas, LLP
                                              1500 Main Street, Suite 2700
                                              Springfield, MA  01115
                                              Tel:  (413) 781-2820
                                              Fax: (413) 272-6803

Dated: November 19, 2004